UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED: 26 05 04 PM 01:27 MDGA-ALB

RAY Quantrevious, RAHEEM
_____
Plaintiff

V.

Warden Shawn Emmons
Warden Whitters
_____
Defendant (s)

## JURISDICTION & VENUE

This is a civil Action Authorized by 42. U.S.C Section 1983 to redress the deprivation, under Color of State law, of rights secured by the United States Constitution of the united States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief persuant to 28 U.S.C. Section 2201 and 2202. Plaintiffs Claims for injunctive relief are Authorized by 28 U.S.C. Section 2283 & 2284 and rule 65 of the Federal rules of Civil procedure.

THE United States District Court for the middle DISTRICT of Georgia Albany Division is An Appropriate Venue under 28. U.S.C Section 1391 (b) (2) Because it is where the Events giving Rise to this Claim occured.

## Plaintiff

Quantrevious Raheem Ray is and was at all times mentioned herein a Prisoner of the State of Georgia In The Custody of THE Georgia Dept. of Correction. He is Currently Confined in THE Emanuel Probation Detention Center. In Twin City GEORGIA.

DEFENDANT(s)

SHAWN Emmons - Defendant (1) IS THE WARDEN and Director OF Jackson State Prison. He is legally Responsible for the overall operation OF The Department and each Institution Under its Jurisdiction Including Georgia Diagnostic and Classificatic Prison and Jackson STATE Prison. Where the Plaintiff was Confined when the Events giving Rise To this Claim Occured.

Warden Whitters is The Warden and director of Georgia Diagnostic and Classification Prison. She is responsible for the Overall Operation of The GDCP and each Institution under its Jurisdiction. Including G.D.C.P. where the Plaintiff was Confined When the Events giving Rise To This Claim Occured.

Each Defendant Is Sued individually and in his or Her Official Capacity At all times mentioned in this Complaint, each defendant acted Under Color of State IAW.

FACTS

On or about 01/09/2026 - I arrived at Jackson STATE Prison- and Georgia Diagnostic and Classification Prison. I was immediatley Deprived of Liberty Pursuant to (1st) Amendment and Injury to my liberty - The deprivation of 1st Amendment Rights entitles a Plaintiff to Judicial relief Wholly aside from any Physical Injury He Can Show or any mental or emotional Injury he may Have incured" Therefore 1997e (e) OF the PLRA does not Apply to 1st Amendment Claims regardless of the form of relief Sought". see *
Canell V. Lightner, 143 F.3d 1210 (9th Cir. 1998) in this Case the 9th Circuit Stated Plaintiff Was not asserting a Claim for "Violation of mental or Emotional Injury. He is asserting a Claim for violation of His First Amendment Rights. " I- was placed in Cell House (E) In Cell House (E) on Range 5/6- was Where I- was Housed* There was no electricity- on Range 5/6- My Sink Inside my Cell-(19) Did not work- The Cell Door didn't work. All OF the Windows Inside range 5/6 Where broken out. their was Snow on the floors Inside the Cell House, When maintenance Checked The Temperature Inside (E) House Range 5/6 - It was recorded a 10° with the Heat on. WE Had no Coats, no Hoods- 1 blanket, 1 Sweater. Or any reasonal assets To protect us from These Conditions. Facility Inspection were Carried out regularly Even daily. By Warden Emmons, warden Whitters. and Administration- I suffered these Conditions for 1.5 months.

I did File a Grievance around 5/12/25 with Warden Whitters. In the response - the warden did admit that those Conditions Existed for at least 5 months. So I did not File and appeal de to the admittance of the Said Conditions. These Conditions above Caused irreparable damage - by way of Inhumane Conditions - 8th Amendment Cruel and unusual Punishment" 14th Amendments deliberate indifference

as both wardens mentioned as defendants regularly visited the Cell house and were aware of the living Conditions and did nothing to remedy - the situation. They at all times mentioned acted under color of State law. Both warden were responsible for my well being as they were my Custodians and also. Both were Responsible for the operation in J.S.P. and G.D.C.P. These Conditions Shocked my Conscience, and I suffered from both Defendants Reckless or Callous indifference to my rights "The officials actions were So clearly Dangerous they must Have Known It was likely to hurt me - they violated my Constitutional Rights Evil Intent". Legislature has ruled that awards are available by relief even four or up to Every Hair Suffered in Such Conditions SEE* <u>Smith V. WADE, 461 U.S. 30 (1983)</u> Also* →

Sissers-El V. Barlow, 433 F. Supp. 2d 811 (E.D Mich. 2006) where a prisoner recieved $219,000 in Punitive Damages To Punish officials Who violated his rights and discourage Other Prison Staff from acting illegally in the future.

At Jackson State Prison I was diagnosed P.T.S.D. I was Treated For anxiety and Depression as a Direct Cause of the above Conditions. The State officials Responsible for my Protection. under the 14th Amendment neglect of duty" allowed me to incur damages That are irreparable as doctors say I will Have to take mental treatment for the rest of my life. I am a Poor Person and Cannot afford The Caliber of Treatment needed. For me to try and resume a normal life" also I Have Suffered - Pain and Emotional Stress. Subjected To worst Conditions then farm animals. The 8th Amendment prohibits Cruel and unusual Punishment and imposes on Prison official a duty to assure Proper and adequate Care of inmates

## LEGAL CLAIMS

The Deliberate Indifference to unsafe conditions, The Failure to Protect The Rights of a Person with a mental Illness, The Cruelty to inmates the Deprivation of Liberty, The Violation of Oath or Responsibility The Emotional Distress Pain and Suffering and Corruption Violated Plaintiff RAY QUANTREVIAS RAHEEM's Rights and Constituted The above named Claims under the 1st, 8th and 14th Amendment of THE United States Constitution* THE Plaintiff Has no Plain, Adequate, or Complete remedy at law to redress the wrongs described here in. Plaintiff Has Been and will Continue to be Irreparably Injured by the Conduct of the Defendants unless This Court grants The declaratory and Injunctive Relief" Which Plaintiff Seeks

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enters Judgement granting Plaintiff.
A" Declaration that the acts and omissions described here in Violated Plaintiffs Rights under the Constitution and laws of THE UNITED STATES
A Preliminary and Permanent Injunction ordering defendants Shawn Emmons and Ms Whitters To STOP Being Deliberatly indifferent To the United States Constitution and Rights that Protect the welfare of Inmates in their Custody"- Compensatory Damages in the Amount Of $1,000 per Hour that plaintiff Suffered these Conditions - against Each Defendant - Jointly and Severally -
Punitive Damages in The Amount $1,000,000 against each Defendant Individually and $1,000,000 against each Defendant Officially- A Jury Trial on all Issues Triable by Jury - plaintiffs Cost in the Suit- all medical bills in refference to mental health Conditions - Caused by this incident - Transportation To and From Dr. Visits. And Any Additional relief this Court deems Just, Proper. and Equitable-

Dated 04/27/2026  Respectfully-Submitted  RAY Quanterias #100229 6684 -
Emanuel Probation Detention Center
VERification "I Have Read The fore going Complaint and hereby  P.O. BOX 1430
Verify that the matters alleged are true, except as to matters alleged  Twin, City. GA
on information and beliefs and as to those I believe them  30471 - 1430
To be true - I Certify fore going true under penalty of Perjury